UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA        §
                                §
vs.                             §        CRIMINAL CASE H- 12-731
                                §
                                §
    Brent Justice                §
                                §

# Order Appointing Counsel

Because the defendant has satisfied this court that he/she cannot afford to employ counsel, the court appoints the Federal Public Defender to represent him/her.

Signed on  11/30/12  , in Houston, Texas.


Stephen Wm. Smith
United States Magistrate Judge


By Order of the Court

_____
Deputy Clerk

  11/30/12
Date