**COURTROOM MINUTES:**
The Honorable George C. Hanks, Jr. Presiding

Clerk, U.S. District Court
Southern District of Texas
Filed Dec. 5, 2012
David J. Bradley, Clerk

Case Manager: Jeanette Gonzalez
Interpreter Present? **No**
ERO: A. Maly / Watson
USPT/USPO: D Hernandez
OPEN: 10:24  ADJOURN: 11:10; 11:15 – 12:22; 1:04 – 1:13

☐ OTHER DISTRICT  ☐ DIVISION  THEIR CASE# _____

**PROCEEDING HELD:**
☐ Initial Appearance      ☐ Counsel Determination Hearing    ☐ Status Hearing
☐ Bond Hearing            ☐ Identity                          ☐ Hearing Continued on _____
☒ Detention Hearing       ☐ Preliminary Hearing               ☐ Other _____

CASE NUMBER ☒ CR ☐ MJ **4:12-CR-731**    Defendant #**1, 2**

AUSA: Sherri Zack | Bob Shane

**Ashley Nicole Richards (1)**    Joyce Raynor

**Brent Justice (2)**    Phil Gallagher

☐ Date of arrest _____    ☐ Rule 5
☐ Defendant's first appearance, Advised of rights/charges on: ☐ Indictment ☐ Information ☐ Complaint
Violation of ☐ Supervised Release ☐ Probation

☒ Defendant ☐ Material Witness appeared    ☒ with ☐ without counsel

☐ Defendant requests appointed counsel.
☐ Order appointing Federal Public Defender
☐ Order of partial reimbursement to follow.    ☐ Oral order, Defendant to Reimburse CJA fund $_____
☐ Financial Affidavit executed and sworn.
☐ Order appointing private counsel to follow.
☐ Defendant advises that he will retain private counsel. _____
☐ Defendant ___ bond set ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit
☐ Defendant ___ bond set ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit
☐ Defendant ___ bond set ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit
☐ Surety signatures required as to Defendant(s) _____.
☐ Defendant(s) _____ advised of conditions of release
☐ BOND EXECUTED ☐ Defendant _____ Released
☐ Order of Temporary Detention Pending Hearing entered as to Defendant(s) _____
☒ Order of Detention Pending Trial entered as to Defendant(s) **1 & 2**.
☐ Bond Continued     ☐ Bond reinstated     ☐ Bond Revoked
☒ Defendant **1 & 2** remanded to custody    ☐ M/W remanded to custody
☐ Defendant Ordered Removed to Originating District

Defendant _____ Waiver of ☐ Preliminary ☐ Identity ☐ Detention Hrg ☐ Detention Hrg this District
☐ Court finds: ☐ Probable Cause    ☐ Identity

☒ Defendant(s) _____ is/are scheduled on _____ at _____ for:
  ☐ Arraignment    ☐ Counsel Determination Hearing    ☐ Identity Hearing
  ☐ Detention Hearing    ☐ Preliminary Hearing    ☐ Final Revocation Hearing
  ☐ _____ Hearing

Gov't's exhibits 1-6 admitted.