IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.  Cr. No. H-12-731

ASHLEY NICOLE RICHARDS
BRENT JUSTICE

ORDER

The Court GRANTS the parties' joint motion for a protective order. Accordingly, the government shall produce to counsel for each defendant a copy of any video which is listed in the indictment or which the government intends to use in its case-in-chief at trial. Counsel for the defendants shall: (1) make no additional copies of these videos; (2) use the videos solely for trial preparation; (3) retain custody of the videos throughout the proceedings; and (4) return the videos to the government at the conclusion of this matter.

January ____, 2013

_____
UNITED STATES DISTRICT JUDGE