**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                                                       Cr. No. H-12-731

**ASHLEY NICOLE RICHARDS
BRENT JUSTICE**

### ORDER

For the reasons set forth in defendant Brent Justice's motion, the Court finds that 18 U.S.C. § 48 on its face violates the First Amendment to the United States Constitution. Counts One through Five of the Indictment, brought under that statute, are accordingly dismissed as to him.

_____
United States District Judge