UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. H-12-731 |
| | § | |
| ASHLEY NICOLE RICHARDS | § | |
| BRENT JUSTICE, | § | |
| Defendants. | | |

## MOTION TO DISMISS COUNTS

The United States of America, by and through Kenneth Magidson, United States Attorney, and Sherri L. Zack, Assistant United States Attorney, for the Southern District of Texas, requests that the Court dismiss without prejudice Counts Six and Seven of the Criminal Indictment filed against the defendants, Ashley Nicole Richards and Brent Justice.

Respectfully submitted,

KENNETH MAGIDSON
United States Attorney

By:   /s/ Sherri L. Zack
Sherri L. Zack
Assistant United States Attorney
713-567-9384

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. H-12-731 |
| | § | |
| ASHLEY NICOLE RICHARDS | § | |
| BRENT JUSTICE, | § | |
| Defendants. | | |

**O R D E R**

The Government's Motion to Dismiss Counts Six and Seven without prejudice is GRANTED.

SIGNED at Houston, Texas, on_____.

_____
Sim Lake
United States District Judge

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing Government's Motion to Dismiss has been delivered via ECF to the attorneys for the defendants on this the 16th day of May, 2013.

                                              /s/ Sherri L. Zack
                                              Sherri L. Zack
                                              Assistant United States Attorney

Philip Gallagher
440 Louisiana, Suite 1350
Houston, TX 77002

Joyce Raynor
9894 Bissonnet #815
Houston, TX 77036