United States District Court
Southern District of Texas
**ENTERED**
May 23, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CRIMINAL NUMBER H-12-731-02 |
| | § | |
| BRENT JUSTICE, | § | |
| | § | |
| Defendant. | § | |

## VERDICT

The court finds the defendant, Brent Justice, **GUILTY** of the offenses charged in Counts 2, 3, 4, and 5 of the Indictment.

**SIGNED** at Houston, Texas, on this the 23rd day of May, 2016.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE