UNITED STATES DISTRICT COURT　　　SOUTHERN DISTRICT OF TEXAS

USA §
 §
v. § CASE NUMBER  4:12cr731-02
 §
Justice §
 §

_____

_____

_____

_____

_____

**DOCUMENT IS:**

☐ LOOSE IN FILE

☑ IN VAULT SEALED

☐ IN BROWN EXPANDABLE FOLDER

INSTRUMENT #_____



*United States Courts*
*Southern District of Texas*
*FILED*
*JAN 10 2017*
*David J. Bradley, Clerk of Court*

# Trial Exhibits Nos. 1-2, 14, 42, 43, 46-48 TO BE FILED UNDER SEAL IN CASE NO. H-12-731-2